AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
APR 1 6 2015
OFFICE OF THE CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 8:15MJ 105 |
| Josue Gonzalez-Valdes and Oscar Cebreros-Tirado | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 15, 2015__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21:841(a)(1) & (b)(1) | Defendants did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers and salts of its isomers, and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, Schedule II controlled substances. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Zach Wimer, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/16/15

_____
*Judge's signature*

City and state: Omaha, Nebraska          Thomas D. Thalken, U.S. Magistrate Judge
*Printed name and title*

I, Zach Wimer, a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations (HSI), being duly sworn, hereby depose and say:

On April 15, 2015, I, along with agents and officers from several law enforcement agencies, executed a federal search warrant at 611 South 19th Street #2, Omaha, Nebraska. During the search of the residence, agents/officers located approximately four pounds of cocaine, approximately twelve ounces of methamphetamine, approximately $30,000.00, cash, and one .40 caliber defaced handgun. Josue Gonzalez-Valdes and Oscar Cebreros-Tirado, both residents of 611 South 19th Street #2, were subsequently arrested.

During post-*Miranda* interviews, Gonzalez-Valdes admitted to ownership of the cocaine, the methamphetamine and the handgun. He also admitted to the distribution of cocaine.

During a post-*Miranda* interview, Cebreros-Tirado admitted to distributing cocaine in the Omaha metro area and knowing the handgun was in the residence.

Dated this 16th day of April, 2015.

Zach Wimer
Special Agent,
Homeland Security Investigations

Subscribed to and sworn before me this 16th day of April, 2015.

Thomas D. Thalken,
United States Magistrate Judge